OPEN ACCESS LAW, APC
Jason Theodore Soller (SBN 306137)
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
Telephone: (213) 401-4114
cm@oaxlaw.com

Attorneys for Plaintiff
RICHARD GUARDADO

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RICHARD GUARDADO,

        Plaintiff,

   vs.

CRX WORLDWIDE INC.; RACHEL J CANLAS; and DOES 1 to 10,

        Defendants.

**Case No.: 2:26-cv-04576-PA (AYPx)**

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CRX WORLDWIDE INC.**

**PLEASE TAKE NOTICE** that Plaintiff RICHARD GUARDADO ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendant CRX WORLDWIDE INC. ("Defendant") *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**

Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, Defendant may be dismissed without an Order of the Court.

DATED:  May 19, 2026            OPEN ACCESS LAW, APC


By:    /s/   *Jason Theodore Soller*

Jason Theodore Soller, Esq.
Attorneys for Plaintiff

2

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**